AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| WALTER B. ROACH, JR., )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>) **JUDGMENT**<br>) **CASE NO. 5:12-CV-309-D**<br>HILTON WORLD-WIDE, INC., )<br>EMBASSY SUITES HOTEL RALEIGH )<br>CRABTREE, CHRIS CARAMOSSA, and )<br>DONNA MILLS BOSWELL, )<br>)<br>      Defendants. ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that Defendants' Motion to Dismiss for Failure to State a Claim under Rule 12(b)(6) [D.E. 21] is GRANTED. Plaintiff's Motion to Seal [D.E. 33] is GRANTED, and his Motion to Extend Time [D.E. 38] is DENIED as moot. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**FEBRUARY 12, 2013**</u> WITH A COPY TO:

Walter B. Roach, Jr., Pro se (via USPS to 1300 Tribute Center Drive, Apartment 162, Raleigh, NC 27612)
Ann Herlocker Smith (via CM/ECF Electronic Notification)

| | |
|---|---|
| <u>February 12, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |